# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RESCAP LIQUIDATING TRUST, | ) |
| Plaintiff, | ) Civ. No. 19-cv-2360 (SRN/HB) |
| v. | ) **NOTICE OF APPEAL** |
| LENDINGTREE, LLC and LENDINGTREE, INC., | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Appellate Procedure 3 and 4 and 9 U.S.C. § 16, Defendants LendingTree, LLC and LendingTree, Inc. ("Defendants") appeal to the United States Court of Appeals for the Eighth Circuit from the *Order* [Docket No. 77] entered in this case on March 20, 2020, which denied Defendants' request to compel arbitration of Count One of the Complaint [Docket No. 1] and issue a stay pending the outcome of that arbitration.

Dated:  April 3, 2020

JONES DAY

/s/ *Kelly G. Laudon*
Kelly G. Laudon (#0386854)
Matthew C. Enriquez (#0397301)
90 South 7th Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
klaudon@jonesday.com
menriquez@jonesday.com

Matthew C. Corcoran
Brandy H. Ranjan
325 John H. McConnell Boulevard
Columbus, OH 43215
Telephone:  (614) 469-3939
mcorcoran@jonesday.com
branjan@jonesday.com

Carl E. Black
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
cblack@jonesday.com

*Attorneys for Defendants LendingTree, LLC and LendingTree, Inc.*