| | |
|---|---|
| ResCap Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>LendingTree, LLC, and<br>LendingTree, Inc.<br><br>Defendants. | Case No. 19-cv-2360 (SRN/HB)<br><br>**ORDER** |

Isaac Nesser, Peter Evan Calamari, Manisha M. Sheth, Heather Christenson, and Jeffrey Miller, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Ave., 22nd Floor, New York, NY 10010; Matthew R. Scheck, Anthony Alden, Kenneth John Shaffer, and Razmig Izakelian, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017; Donald G. Heeman, Jessica J. Nelson, Randi J. Winter, and Laurie Quinn, Spencer Fane, 150 S. 5th St., Suite 1900, Minneapolis, MN 55402, for Plaintiff

Brandy Hutton Ranjan and Matthew Corcoran, Jones Day, 325 John H. McConnell Blvd., Ste. 600, Columbus, OH 43215; Carl E. Black, Jones Day, 901 Lakeside Ave., North Point, Cleveland, OH 44114; Kelly G. Laudon and Matthew Enriquez, Jones Day, 90 S. 7th St., Ste. 4950, Minneapolis, MN 55402, for Defendants

_____

SUSAN RICHARD NELSON, United States District Judge

      Before the Court is a joint letter filed by the parties [Doc. No. 86], along with a proposed scheduling order [Doc. No. 87]. The parties have proposed a revised case schedule, following the Court's ruling on the Defendants' Motion to Dismiss.

In light of Defendants' recent filing of an interlocutory appeal with the Eighth Circuit Court of Appeals [Doc. No. 83], the Court directs the parties to file either a joint letter or separate letters, no later than April 13, 2020, addressing the jurisdiction of the Court to conduct case management conferences and entertain and rule on any discovery disputes.

**SO ORDERED**.

Dated: April 8, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge