# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1736
_____

ResCap Liquidating Trust

Plaintiff - Appellee

v.

LendingTree, LLC; LendingTree, Inc.

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-02360-SRN)
_____

**JUDGMENT**

The joint stipulation of the parties for dismissal of the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 21, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans